■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HIND, Appellant. [596 NYS2d 732] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Felig, J.), imposed April 1, 1992.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Rosenblatt, Ritter and Pizzuto, JJ., concur.